Marjorie A. Guymon, Esq.  
Nevada Bar No. 4983  
Email: mguymon@goldguylaw.com  
**GOLDSMITH & GUYMON, P.C.**  
2055 Village Center Circle  
Las Vegas, Nevada 89134  
Phone: (702) 873-9500  
Facsimile (702) 873-9600  
Attorneys for Debtor(s).

E-filed: March 2, 2010

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CAROLYN J. JOHNSON and<br>MICHAEL JOHNSON,<br><br>Debtor(s). | BK-S-09-28339-LBR<br><br>Chapter 13<br><br>Trustee: Kathleen Leavitt |

### DEBTORS' MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 OF TITLE 11 OF THE UNITED STATES CODE

**COMES NOW** Debtors, by and through counsel Marjorie A. Guymon, Esq. of the law firm GOLDSMITH & GUYMON, P.C., and hereby file this Motion to Convert Chapter 13 Case to a Case Under Chapter 7.

This Motion is supported by the attached Memorandum of Points and Authorities, all pleadings and papers on file herein and the oral argument of counsel upon hearing.

DATED this 2 day of March, 2010.

GOLDSMITH & GUYMON, P.C.

/s/ Marjorie A. Guymon

MARJORIE A. GUYMON, ESQ.  
Nevada Bar No. 4983  
2055 Village Center Circle  
Las Vegas, Nevada 89134  
Attorneys for Debtors

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### FACTS

1. The Debtors filed for Chapter 7 relief on September 30, 2009. The United States Trustee's office appeared and objected alleging that there was abuse and that the Debtors did not qualify for Chapter 7 relief. Upon Stipulation and Order, the case was converted to a Chapter 13 case pursuant to 11 U.S.C. §706(a) on December 4, 2009.

2. Debtors have since experienced a significant reduction in pay. Specifically, Mrs. Johnson's wage was reduced to $2,099.84 every two weeks, a reduction of approximately $925.00 per month.

3. Debtors can no longer afford to make the $465.00 plan payment.

4. Debtors have filed amended Schedules I and J reflecting their current income and monthly living expenses. A copy of these amended documents are attached hereto as Exhibits "A".

5. Debtors have also provided their declaration setting forth the facts contained herein, which is attached hereto as Exhibit "B".

### II.

### STATEMENT OF LAW

Pursuant to 11 U.S.C. §1307(a), a case may be converted from Chapter 13 of Title 11 of the United States Code to a case under Chapter 7 of Title 11 of the United States Code. Pursuant to 11 U.S.C. §1307(g) "a case may not be converted to a case under another chapter of this title unless the debtor may be a debtor under such a chapter."

The Debtors qualify for relief under Chapter 7 of Title 11 of the United States Code. The Debtors' monthly deficit is due to the fact that Mrs. Johnson has experienced a reduction in pay since the bankruptcy filing. Based upon this reduction in income, they do not have the disposable income to make a chapter 13 plan payment.

The Debtors converted the Chapter 13 case in good faith, but due to their unfortunate circumstances, the Debtors will not be able to confirm a Chapter 13 Plan or afford a plan payment. As such, the Debtors request that this case be converted to a case under Chapter 7.

# IV.

# CONCLUSION

**WHEREFORE,** the Debtors respectfully request that this Court grant this instant Motion to Convert Chapter 13 Case to a Case Under Chapter 7.

DATED this _____ day of March, 2010.

**GOLDSMITH & GUYMON, P.C.**

_____
MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada  89134
Attorneys for Debtors

MAG<W:\MAG\Client Matters\BK Clients\Johnson 4701-1\motion to convert.wpd>mc 2/24/10

EXHIBIT "A"
AMENDED SCHEDULES I AND J

Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 873-9500
Facsimile (702) 873-9600
Attorneys for Debtor(s).

E-filed: March 2, 2010

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

CAROLYN J. JOHNSON and
MICHAEL JOHNSON,

Debtor(s).

BK-S-09-28339-LBR

Chapter 13

Trustee: Kathleen Leavitt

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

( ) Voluntary Petition (must be signed by debtor *and* attorney for debtor per Fed.R. Bankr.P.9011)
( ) Summary of Schedules
( ) Statistical Summary of Certain Liabilities
( ) Schedule A - Real Property
( ) Schedule B - Personal Property
( ) Schedule C - Property Claimed as Exempt
( ) Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
 ( ) Add/delete creditor(s), change amount of classification of debt -$26.00 fee required.
 ( ) Add/change address of already listed creditor - No fee.
( ) Schedule G - Schedule of Executory Contracts & Expired Leases
( ) Schedule H - Codebtors
(X) Schedule I - Current Income of Individual Debtor(s)
(X) Schedule J - Current Expenditures of Individual Debtor(s)
( ) Declaration Concerning Debtor's Schedules
( ) Statement of Financial Affairs and/or Declaration
( ) Statement of Intentions (Ch 7 only)
( ) Disclosure of Compensation of Attorney for Debtor
( ) Statement of Current Monthly Income and Means Test Calculation
( ) Certification of Credit Counseling
( ) Other:

Amendment of Debtor(s) Social Security Number requires the filer to follow the instruction provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website: www.nvb.uscouts.gov

Page 1 of 2

## DECLARATION OF DEBTOR

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

_____          _____
Debtor's Signature                                      Joint Debtor's Signature

Date: 2/24/2010                                         Date: 2-24-10

Page 2 of 2

2/22/10 4:11PM

B6I (Official Form 6I) (12/07)

In re  Michael R. Johnson
       Carolyn J. Johnson                                    Case No.  09-28339
                            Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Daughter | AGE(S): 19 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | News Artist | Graphic Artist |
| Name of Employer | Las Vegas Review Journal | Eagle Promotions |
| How long employed | 24 | 2.5 |
| Address of Employer | 1111 W. Bonanza<br>Attention: Bankruptcy Dept.<br>Las Vegas, NV 89125 | 4575 W. Post Road<br>Las Vegas, NV 89118 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,888.00 | $ 4,549.65 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,888.00 | $ 4,549.65 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 735.11 | $ 602.07 |
| b. Insurance | $ 722.11 | $ 129.16 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,457.22 | $ 731.23 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,430.78 | $ 3,818.42 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,430.78 | $ 3,818.42 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,249.20 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

2/22/10 4:11PM

B6J (Official Form 6J) (12/07)

In re  Michael R. Johnson  
     Carolyn J. Johnson  
                  Debtor(s)

Case No.  09-28339

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,860.10 |
|    a. Are real estate taxes included?  Yes ___  No _X_ | | |
|    b. Is property insurance included?  Yes ___  No _X_ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 400.00 |
|            b. Water and sewer | $ | 98.00 |
|            c. Telephone | $ | 350.00 |
|            d. Other  See Detailed Expense Attachment | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 90.00 |
|            b. Life | $ | 93.74 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 455.00 |
|            e. Other  Addl life insurance | $ | 34.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify)  Property Taxes | $ | 235.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 238.62 |
|            b. Other  2nd mortgage payment | $ | 259.09 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 400.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Personal hygiene | $ | 30.00 |
|     Other  Pet Supplies/Vet Bills | $ | 150.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,143.55 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|   a.  Average monthly income from Line 15 of Schedule I | $ | 7,249.20 |
|   b.  Average monthly expenses from Line 18 above | $ | 8,143.55 |
|   c.  Monthly net income (a. minus b.) | $ | -894.35 |

2/22/10 4:11PM

B6J (Official Form 6J) (12/07)

In re  Michael R. Johnson  
Carolyn J. Johnson  
Debtor(s)

Case No.  09-28339

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cable | $ 50.00 |
| Garbage | $ 10.00 |
| Pest Control | $ 30.00 |
| Alarm | $ 30.00 |
| **Total Other Utility Expenditures** | $ 120.00 |

EXHIBIT "B"
DECLARATION

Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 873-9500
Facsimile (702) 873-9600
Attorneys for Debtor(s).

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

CAROLYN J. JOHNSON and
MICHAEL JOHNSON,

           Debtor(s).

BK-S-09-28339-LBR

Chapter 13

Trustee: Kathleen Leavitt

### DECLARATION IN SUPPORT OF CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 OF TITLE 11 OF THE UNITED STATES CODE

STATE OF NEVADA

COUNTY OF CLARK

    **COMES NOW** the Debtors, Carolyn J. Johnson and Michael Johnson, having been duly sworn upon their oath and under penalties of perjury states as follows:

1. We are the Debtors in the above referenced case. We have personal knowledge of the facts asserted in the underlying Motion and as set forth in this Declaration and are competent to testify to the same if called upon to do so.
2. Since converting our case to one under Chapter 13, we have experienced a significant reduction in pay. Specifically, Carolyn's wage was reduced to $2,099.84 every two weeks, a reduction of approximately $925.00 per month.
3. We cannot afford to make the $465.00 plan payment.
4. We have caused to be filed amended Schedules I and J reflecting current income and monthly living expenses.

Page 1 of 2

1  DATED this 24th day of Feb, 2010.

2

3  _____
   CAROLYN J. JOHNSON

4

5  SUBSCRIBED AND SWORN TO BEFORE
   ME, A NOTARY PUBLIC, ON THE
6  24 DAY OF Feb, 2010.

7

8  _____
   NOTARY PUBLIC

   [Notary seal: SELENA VEDRO, NOTARY PUBLIC - STATE OF NEVADA, MY COMMISSION EXPIRES 1-05-14, CERTIFICATE NO: 10-1243-1]

9

10 DATED this 24th day of Feb, 2010.

11

12 _____
   MICHAEL JOHNSON

13

14 SUBSCRIBED AND SWORN TO BEFORE
   ME, A NOTARY PUBLIC, ON THE
15 24th DAY OF Feb, 2010.

16

17 _____
   NOTARY PUBLIC

   [Notary seal: SELENA VEDRO, NOTARY PUBLIC - STATE OF NEVADA, MY COMMISSION EXPIRES 1-05-14, CERTIFICATE NO: 10-1243-1]

26 W:\MAG\Client Matters\BK Clients\Johnson 4701-1\motion to convert DEC.wpd