MARJORIE A. GUYMON, ESQ.  
Nevada Bar No. 04983  
Email: mguymon@goldguylaw.com  
NEDDA GHANDI, ESQ.  
Nevada Bar No. 11137  
Email: nghandi@goldguylaw.com  
**GOLDSMITH & GUYMON, P.C.**  
2055 N. Village Center Circle  
Las Vegas, Nevada 89134  
Phone: (702) 873-9500  
Facsimile (702) 873-9600  
Attorneys for Debtor.

E-filed on: MARCH 2, 2010

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

In re:

CAROLYN J. JOHNSON and  
MICHAEL JOHNSON,

      Debtor.

) BK-S-09-28339 LBR  
)  
) CHAPTER 13  
)  
)  
) **Hearing Date: April 8, 2010**  
) **Hearing Time: 2:30 p.m.**  
)  
)  
)  
)

### NOTICE OF HEARING ON DEBTOR'S MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 OF TITLE 11 OF THE UNITED STATES CODE

**TO: ALL INTERESTED PARTIES:**

    **YOU ARE HEREBY NOTICED** that the above-referenced Motion was filed in the above-captioned court case on or about March 2, 2010.

    Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

    Local Rule 9014(d)(1): "Except as set out in subsection (3), any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

. . .

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if of do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that hearing on said Motion will be held before a United States Bankruptcy Court Judge at the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Las Vegas, Nevada on **April 8, 2010**, at the hour of **2:30 p.m.**

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

DATED: March 2, 2010.

**GOLDSMITH & GUYMON, P.C.**

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 04983
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Debtor

W:\MAG\Client Matters\BK Clients\Johnson 4701-1\NOH Motion 2 Convert 13 to 7  (New Local Rule).wpd